1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA

10  SHARON JOSEPHINE RUBIN,           )  Case No. CV 15-8863-PSG (PJW)
                                      )
11              Plaintiff,            )
                                      )  ORDER TO SHOW CAUSE AS TO WHY
12         v.                         )  ACTION SHOULD NOT BE DISMISSED
                                      )  WITH PREJUDICE FOR FAILURE TO
13  CAROLYN W. COLVIN,                )  PROSECUTE
    ACTING COMMISSIONER OF THE        )
14  SOCIAL SECURITY ADMINISTRATION,   )
                                      )
15              Defendant.            )
                                      )
16

17      On November 13, 2015, Plaintiff, who is represented by counsel,
18 filed a complaint, challenging a final decision of the Social Security
19 Administration to deny her benefits.  On January 8, 2016, the Court
20 issued an order, instructing Plaintiff to serve the Defendant by
21 sending a copy of the summons and complaint by registered or certified
22 mail to the United States Attorney for the Central District of
23 California; the Commissioner for Social Security in Washington, D.C.;
24 and the Attorney General of the United States in Washington, D.C.
25 Plaintiff was instructed to file proof of service of the summons and
26 complaint on the parties listed above with the Court.  Plaintiff has
27 not done so.
28

1        IT IS THEREFORE ORDERED that, no later than **January 4, 2017**,
2   Plaintiff shall inform the Court in writing why this case should not
3   be dismissed with prejudice for failure to prosecute.  Failure to
4   timely file a response will result in a recommendation that this case
5   be dismissed.
6        IT IS SO ORDERED
7        DATED: December 5, 2016

10                              PATRICK J. WALSH
                                UNITED STATES MAGISTRATE JUDGE

28  S:\PJW\Cases-Social Security\RUBIN, S 8863\OSC_not dismiss.wpd